STEPHEN G. CONDIT. Appellant, *v.* CHARLES WAHLIG et al., Respondents.

*Condit* v. *Wahlig*, 79 Hun, 613, affirmed.
(Argued October 9 1896; decided October 27, 1896.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered August 6, 1894,

which affirmed a judgment in favor of defendants entered upon a decision of the court on trial at Special Term.

*Joseph H. Hayes* for appellant.

*B. F. Einstein* for respondents.

Judgment affirmed, with costs ; no opinion.
All concur.